RECEIVED
SDNY PRO SE OFFICE
2023 APR 14 PM 3:42

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maxwell Crosby Azzarello

Write the full name of each plaintiff.

_____CV_______________

(Include case number if one has been assigned)

-against-

See Attached

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

# COMPLAINT

Do you want a jury trial?
☑ Yes ☐ No

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☑ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

______________________________________________

______________________________________________

______________________________________________

______________________________________________

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Maxwell Azzarello, is a citizen of the State of
(Plaintiff's name)

Florida
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, see attached, is a citizen of the State of
(Defendant's name)

______________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If the defendant is a corporation:

The defendant, ______________, is incorporated under the laws of

the State of ______________

and has its principal place of business in the State of ______________

or is incorporated under the laws of (foreign state) ______________

and has its principal place of business in ______________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Maxwell | C | Azzarello |
|---|---|---|
| First Name | Middle Initial | Last Name |

260 St. George St., Apt. 11
Street Address

| St. John's, St. Augustine | FL | 32084 |
|---|---|---|
| County, City | State | Zip Code |

| 9044298454 | forkintheworld@outlook.com |
|---|---|
| Telephone Number | Email Address (if available) |

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: See attached

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 2:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ______________________________

First Name Last Name

______________________________

Current Job Title (or other identifying information)

______________________________

Current Work Address (or other address where defendant may be served)

______________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Various

Date(s) of occurrence: 1998 ~~[illegible]~~-Present MCA

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

See attached

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Seventy five thousand dollars and one cent (or cryptocurrency equivalent).

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

4/13/2023
Dated

Plaintiff's Signature

Maxwell — First Name
C — Middle Initial
Azzarello — Last Name

260 St. George St., Apt. 11
Street Address

St. John's County, St. Augustine — County, City
FL — State
32084 — Zip Code

904-429-8454
Telephone Number

forkintheworld@outlook.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# Defendants List

| Defendant | Title | Service Address | Business State | Incorporated State |
|---|---|---|---|---|
| Bill, Hillary & Chelsea Clinton Foundation | | 1200 President Clinton Ave., Little Rock, AR 72201 | Arkansas | Arkansas |
| Bullfrog Capital | | 364 University Ave, Palo Alto, CA 94301 | California | California |
| CN2T Capital LLC | | 1 Letterman Dr Building D Ste 500, San Francisco, CA 94129 | California | California |
| Emerson Collective Investments, LLC | | 55 Bryant St Ste 259, Palo Alto, California, 94301 | California | California |
| Jeremy Stoppelman Trustee UTD 3/16/10 | | 140 New Montgomery St, San Francisco, United States | California | California |
| Ribbit Capital | | 364 University Ave, Palo Alto, CA 94301 | California | California |
| Stanford University | | 616 Serra Mall 200, Stanford, CA 94305 | California | California |
| StartX | | 616 Serra Mall 200, Stanford, CA 94305 | California | California |
| The Marc R. Benioff Revocable Trust U/A/D/ 12/03/2004 | | 415 Mission St 3rd Floor, San Francisco | California | California |
| Binance | | George Town, 23 Lime Tree Bay Ave | Cayman Islands | Cayman Islands |
| Changpeng Zhao | CEO, Binance | 23 Lime Tree Bay Ave. | Cayman Islands | Cayman Islands |
| 2012 MRL Investments LLC | | 650 California St., 12th Fl., San Francisco, CA 94108 | California | Delaware |
| Accel (formerly Accel Partners) | | 500 University Ave, Palo Alto, California, 94301 | California | Delaware |
| Affirm Holdings, Inc. | | 650 California St., 12th Fl., San Francisco, CA 94108 | California | Delaware |
| Andreessen Horowitz | | 2865 Sand Hill Rd Ste 101, Menlo Park, CA 94025 | California | Delaware |
| Andrew McCollum | CEO, Philo | 772 Bryant St San Francisco, CA, 94107-1026 | California | Delaware |
| Binance.US | | 1 Letterman Dr #C3-800, San Francisco | California | Delaware |
| Brex, Inc. | | 12832 Frontrunner Blvd Ste 500, San Francisco, California, 84020 | California | Delaware |
| Coinbase | | 548 Market St. #23008, San Francisco, CA | California | Delaware |
| Dustin Moskovitz | Co-founder, Open Philanthropy | 182 Howard Street #225 San Francisco, CA 94105 | California | Delaware |

**Defendants List**

| Defendant | Title | Service Address | Business State | Incorporated State |
| --- | --- | --- | --- | --- |
| GGV Capital | | 3000 Sand Hill Road Building 4, Suite 230, Menlo Park, CA 94025 | California | Delaware |
| Intel Capital | | 2200 Mission College Blvd, Santa Clara, CA 95054 | California | Delaware |
| Khosla Ventures | | 3000 Sand Hill Rd, Menlo Park, CA 94025 | California | Delaware |
| Lightspeed Venture Partners | | 2200 Sand Hill Rd., Menlo Park, CA 94025 | California | Delaware |
| Meta Platforms (formerly Facebook Inc.) | | 1601 Willow Rd, Menlo Park, California | California | Delaware |
| Naval Ravikant | | 814 Montgomery St., San Francisco, CA | California | Delaware |
| Polychain Capital | | 548 Market Street, Suite 64375, San Francisco | California | Delaware |
| Quora Inc. | | 650 Castro St Mountain View, CA | California | Delaware |
| Rippling, Inc. | | 55 2nd St Ste 1500, San Francisco, California, 94105 | California | Delaware |
| Silvergate Bank | | 4250 Executive Sq Ste 300, La Jolla, California, 92037 | California | Delaware |
| Tagomi Systems | | 201 Montgomery St Ste 263, Jersey City, NJ 07302 | California | Delaware |
| The Founders Fund | | 1 Letterman Dr Building D Ste 500, San Francisco, CA 94129 | California | Delaware |
| West Realm Shires, Inc. | | 1 Letterman Dr Building D Ste 500, San Francisco, CA 94129 | California | Delaware |
| Durable Capital | | 5425 Wisconsin Ave Ste 802, Chevy Chase, Maryland, 20815 | Maryland | Delaware |
| Stansbury Partners | | 1125 N Charles St, Baltimore, Maryland, 21201 | Maryland | Delaware |
| Battery Ventures | | One Marina Park Drive, Boston, Massachusetts | Massachusetts | Delaware |
| Fidelity Management Trust Company | | 245 Summer St., Boston, MA 92219 | Massachusetts | Delaware |
| Sunley House Capital | | 800 Boylston St Ste 3300, Boston, Massachusetts, 02199 | Massachusetts | Delaware |
| Forbes | | 3001 W Big Beaver Rd, Troy, Michigan | Michigan | Delaware |
| Doug Band | CEO, Teneo | 280 Park Ave Fl 4, New York City, New York, 10017 | New York | Delaware |
| Gemini Trust Company | | 600 Third Avenue, 2nd Floor New York, NY 10016 | New York | Delaware |
| OrbiMed Advisors, LLC | | 601 Lexington Ave Ste 54, New York, NY 10022 | New York | Delaware |

**Defendants List**

| Defendant | Title | Service Address | Business State | Incorporated State |
|---|---|---|---|---|
| SkyBridge Capital | | 527 Madison Avenue, 4th Fl. New York, NY 10022 | New York | Delaware |
| Spark Capital | | 165 Mercer Street, Floor 3 New York City, NY 10012 | New York | Delaware |
| Thrive Capital Partners | | 295 Lafayette St Ste 701, New York, NY 10012 | New York | Delaware |
| SFT (Delaware) Management, LLC | | 2 W 2nd St, Tulsa, OK 74103 | Oklahoma | Delaware |
| CMFG Ventures | | 5910 Mineral Point Rd, Madison, Wi 53705 | Wisconsin | Delaware |
| Bitcoin Foundation | | 700 13th St NW Ste 600, Washington, DC 20005 | District of Columbia | District of Columbia |
| StarkWare | | 32 Ha'melacha St., Netanya | Israel | Israel |
| Global Poker Index | | 120 The Strand, GZR1017 Gzira | Malta | Malta |
| The William W. Bradley Revocable Trust | | Unknown | New Jersey | New Jersey |
| Allen & Company LLC | | 711 Fifth Avenue, New York | New York | New York |
| Libra Advisors | | 767 3rd Ave Fl 20, New York, NY 10017 | New York | New York |
| New York University | | 70 Washington Sq S, New York, NY 10012 | New York | New York |
| NYU President's Global Council | | 70 Washington Sq S, New York, NY 10012 | New York | New York |
| Signature Bank | | 565 5th Ave, New York, NY 10017 | New York | New York |
| Stanley S. Shuman Revocable Trust | | 711 Fifth Avenue, New York | New York | New York |
| THSDFS LLC Series 5 | | Unknown | New York | New York |
| Public Investment Fund of Saudi Arabia | | Unknown | Saudi Arabia | Saudi Arabia |
| The Kingdom of Saudi Arabia | | Unknown | Saudi Arabia | Saudi Arabia |
| Baillie Gifford | | Calton Square, 1 Greenside Row, Edinburgh, EH13AN | Scotland | Scotland |
| Chris Hughes | Commissioner, UNAIDS | Avenue Appia 20 · 1202 Genève | Switzerland | Switzerland |
| Mark Cuban Companies | | 5424 Deloache Ave, Dallas, Texas 75220 | Texas | Texas |
| Three Arrows Capital | | Dubai | United Arab Emirates | United Arab Emirates |

**Defendants List**

| Defendant | Title | Service Address | Business State | Incorporated State |
|---|---|---|---|---|
| Jasmine Ventures | | Worcester | United Kingdom | United Kingdom |
| Virgin Group | | 66 Porchester Rd, United Kingdom | United Kingdom | United Kingdom |
| Integrated Whale Media Investments | | 3001 W Big Beaver Rd, Troy, Michigan | Michigan | Unknown |
| The 1953 Trust | | Unknown | US Virgin Islands | US Virgin Islands |
| Brian Singerman | Managing Member, Founders Fund | 1 Letterman Dr Building D Ste 500, San Francisco, CA 94129 | California | |
| Cynthia McAdam | Executive, Ribbit Capital & Bullfrog Capital | 364 University Ave, Palo Alto, CA 94301 | California | |
| David Weiden | Partner, Khosla Ventures | 3000 Sand Hill Rd, Menlo Park, CA 94025 | California | |
| Dempsey Mork | | 4519 Admiralty Way, Suite A, Marina del Rey, California | California | |
| Everett Randle | Partner, Founders Fund | 1 Letterman Dr Building D Ste 500, San Francisco, CA 94129 | California | |
| Greg Tusar | | 548 Market St. #23008, San Francisco, CA | California | |
| Hans Tung | Managing Director, GGV Capital | 3000 Sand Hill Road Building 4, Suite 230, Menlo Park, CA 94025 | California | |
| Jeremy Mork | | 4519 Admiralty Way, Suite A, Marina del Rey, California | California | |
| Jeremy Stoppelman | Trustee, above. CEO, Yelp, Inc. | 140 New Montgomery St, San Francisco, United States | California | |
| Jim Breyer | | 500 University Ave, Palo Alto, California, 94301 | California | |
| Jonathan Mork | | 4519 Admiralty Way, Suite A, Marina del Rey, California | California | |
| Joseph Bankman | | 616 Serra Mall 200, Stanford, CA 94305 | California | |
| Keith Rabois | Managing Member, Founders Fund | 1 Letterman Dr Building D Ste 500, San Francisco, CA 94129 | California | |
| Linda Fried | | 616 Serra Mall 200, Stanford, CA 94305 | California | |

**Defendants List**

| Defendant | Title | Service Address | Business State | Incorporated State |
|---|---|---|---|---|
| Marc Andreessen | Co-Founder, Andreessen Horowitz | 2865 Sand Hill Rd Ste 101, Menlo Park, CA 94025 | California | |
| Marc R. Benioff | Trustee, above. Former Salesforce CEO | 415 Mission St 3rd Floor, San Francisco | California | |
| Matias Van Thienen | Partner, Founders Fund | 1 Letterman Dr Building D Ste 500, San Francisco, CA 94129 | California | |
| Max Levchin | CEO, Affirm | 650 California St., 12th Fl., San Francisco, CA 94108 | California | |
| Mehran Sahami | Professor, Stanford University | 616 Serra Mall 200, Stanford, CA 94305 | California | |
| Napoleon Ta | Partner, Founders Fund | 1 Letterman Dr Building D Ste 500, San Francisco, CA 94129 | California | |
| Olaf Carlson-Wee | CEO, Polychain Capital | 548 Market Street, Suite 64375, San Francisco | California | |
| Peter Thiel | Managing Member, Founders Fund | 1 Letterman Dr Building D Ste 500, San Francisco, CA 94129 | California | |
| Robert L. Joss | The Philip H. Knight Professor and Dean, Emeritus, Stanford University | 616 Serra Mall 200, Stanford, CA 94305 | California | |
| Sam Bankman-Fried | | 616 Serra Mall 200, Stanford, CA 94305 | California | |
| Olwyn Alexander | | Unknown | Ireland | |
| Antanas Guoga (aka Tony G) | Member, Lithuanian National Parliament | 53 Gedimino Ave. LT- 01109 Vilnius | Lithuania | |

**Defendants List**

| Defendant | Title | Service Address | Business State | Incorporated State |
|---|---|---|---|---|
| Alexandre Dreyfus | Founder, Global Poker Index | 120 The Strand, GZR1017 Gzira | Malta | |
| Jhaleh C. Ghassemi | CFO, Sunley House Capital | 800 Boylston St Ste 3300, Boston, Massachusetts, 02199 | Massachusetts | |
| Scott R. Tobin | Managing Member, Battery Ventures | One Marina Park Drive, Boston, Massachusetts | Massachusetts | |
| William Bradley | Trustee, above. Former Senator. | Unknown | New Jersey | |
| Andreas Lazar | SVP, Sirius Satellite Radio | 1221 Avenue Of The Americas, New York, NY 10020 | New York | |
| Anthony Scarramucci | CEO, Skybridge Capital | 527 Madison Avenue, 4th Fl. New York, NY 10022 | New York | |
| Cameron Winklevoss | | 600 Third Avenue, 2nd Floor New York, NY 10016 | New York | |
| Chandrika Tandon | Chair, NYU President's Global Council | 70 Washington Sq S, New York, NY 10012 | New York | |
| Jeremy Philips | General Partner, Spark Capital | 165 Mercer Street, Floor 3 New York City, NY 10012 | New York | |
| John Sexton | Former President, New York Univesity | 70 Washington Sq S, New York, NY 10012 | New York | |
| Joshua Kushner | CEO, Thrive Capital Partners | 295 Lafayette St Ste 701, New York, NY 10012 | New York | |
| Peter Dilorio | General Counsel, Allen & Co | 711 Fifth Avenue, New York | New York | |
| Ranjan Tandon | Founder, Libra Advisors | 767 3rd Ave Fl 20, New York, NY 10017 | New York | |
| Stanley F. Druckenmiller | Trustee, above. | Unknown | New York | |
| Stanley S. Shuman | Trustee, above. Senior Advisor, Allen & Co | 711 Fifth Avenue, New York | New York | |
| Tyler Winklevoss | | 600 Third Avenue, 2nd Floor New York, NY 10016 | New York | |

**Defendants List**

| Defendant | Title | Service Address | Business State | Incorporated State |
|---|---|---|---|---|
| Stacy H. Schusterman | Co-chair, Charles and Lynn Schusterman Family Foundation | 2 W 2nd St, Tulsa, OK 74103 | Oklahoma | |
| Nicola Sturgeon | Former First Minister of Scottland | St. Andrew's House Regent Road Edinburgh EH1 3DG | Scotland | |
| Tom Slater | Partner, Baillie Gifford & Co | Calton Square, 1 Greenside Row, Edinburgh, EH13AN | Scotland | |
| Eduardo Saverin | | Singapore | Singapore | |
| H. Ross Perot Jr. | Chairman, The Perot Group | 3000 Turtle Creek Blvd, Dallas, Texas | Texas | |
| Mark Cuban | | 5424 Deloache Ave, Dallas, Texas 75220 | Texas | |
| Richard Branson | Founder, Virgin Group | 66 Porchester Rd, United Kingdom | United Kingdom | |
| Brian Kass | President, CMFG Ventures | 5910 Mineral Point Rd, Madison, Wi 53705 | Wisconsin | |
| Mark Zuckerberg | | 1601 Willow Rd, Menlo Park, California | California | |

ATTACHMENT 1: FACTS AND INJURIES

**Facts**

Each of the defendants has knowingly conspired, participated in, and benefited financially from a decades-long fraudulent scheme.

The defendants' actions have caused significant financial, emotional, psychological harm to plaintiff, along with harm to plaintiff's health and safety.

In the late 1990s, Olwyn Alexander helped organize an elaborate network of Ponzi schemes (hereafter, "scheme") in her role with the Alternative Assets division of Price Waterhouse in Dublin, Ireland.

The scheme leveraged the internet and network technology in new ways, bringing more decentralization and collaboration to the computer-based Ponzi schemes that Mark Cuban and H. Ross Perot Jr. had participated in since at least the early 1980s.

The scheme involved unregistered securities in Texas, often for oil drilling or medical technology. Alexander helped set up offshore banks in the Caribbean to hide the scheme's assets and funnel them to and from banks in New York. Co-conspirators at Harvard University helped develop and improve upon the technology necessary to operate the schemes.

Confinity Inc., co-founded by Peter Thiel and Max Levchin in 1998, was created in service of this scheme, becoming the digital payments platform PayPal. Affirm Holdings Inc., founded by Max Levchin in 2012, was created in service of this scheme.

Prior to founding Meta Platformed (formerly Facebook Inc.) at Harvard University in 2004, Mark Zuckerberg was an active participant in this scheme, developing network technology to help the scheme operate.

In 2004, when Facebook Inc. was founded by Zuckerberg, Eduardo Saverin, Dustin Moskovitz, Andrew McCollum and Chris Hughes, it was in support of this scheme.

Investments in Facebook Inc. by Peter Thiel, Jim Breyer, and Accel in 2004 were made with the express purpose of developing this scheme.

In or around 2010, Stanford University faculty Robert L. Joss, Joseph Bankman and Linda Fried and others helped develop the legal mechanisms for Caribbean offshore banking that would be used to develop an international cryptocurrency-based Ponzi scheme.

In 2010, brothers Jeremy Mork, Jonathan Mork and Dempsey Mork created a series of shell corporations in the British Virgin Islands in service of the scheme.

Between 2010 and 2004, Virgin Group and Richard Branson solicited investments in the scheme, which were funneled to the scheme via Clinkle, a fictitious payment platform start-up knowingly supported by Stanford professor Mehran Sahami.

In or around 2014, Olaf Carlson-Wee created Polychain Capital in order to develop technology to further decentralize the scheme with support from Peter Thiel, Brian Singerman, Keith Rabois, Napoleon Ta, Everett Randle, Matias Van Thienen, and their venture capital firm, Founders' Fund, along with Naval Ravikant.

In or around 2014, Napoleon Ta, Greg Tusar and Tagomi Systems developed a high-frequency trading platform in order to create a hidden, decentralized liquidity pool available to the scheme's participants.

In 2018, StarkWare Industries was founded in order to further improve the technological tools on which the scheme was built.

Cryptocurrency corporations FTX Trading Inc. and Binance Holdings Inc were founded as part of the scheme by Sam Bankman-Fried and Changpeng Zhao, respectively, and were modeled off the shell corporations created by the Mork brothers in 2010. Binance.US was also created as part of the scheme, with nearly all ownership split between Three Arrows Capital and The West Realm Shires Ltd.

Investors in the scheme included the entities 2012 MRL Investments LLC, Jasmine Ventures, Coinbase, Lighstpeed Venture Partners, Baillie Gifford, Spark Capital, Fidelity Management Trust Company, Thrive Capital Partners, Ribbit Capital, Bullfrog Capital, Andreessen Horowitz, Emerson Collective Investments LLC, Battery Ventures, Allan & Company LLC, Khosla Ventures, THSDFS LLC Series 5, GGV Capital, SFT (Delaware) Management LLC, Durable Capital, Sunley House Capital, SMFG Ventures, Founders' Fund, CN2T Capital LLC, Intel Capital, and SkyBridge Capital, Jeremy Stoppelman Trustee UTD 3/16/10, The William W. Bradley Revocable Trust, Stanley S. Shuman Revocable Trust, Libra Advisors, The Marc R. Benioff Revocable Trust U/A/D/ 12/03/2004, Mehran Sahami, StartX, the Kingdom of Saudi Arabia, and the Public Investment Fund of Saudi Arabia.

Individual investors in the scheme included Max Levchin, Tom Slater, Jeremy Philips, Joshua Kushner, Cynthia McAdam, Marc Andreessen, Scott R. Tobin, Peter Dilorio, Stanley S. Shuman, Andreas Lazar, David Weiden, Marc R. Benioff, Stanley F. Druckenmiller, Hans Tung, Stacy H. Schusterman, Jhaleh C. Ghassemi, Anthony Scarramucci, Ranjan Tandon and Brian Kass.

Antanas Guoga (known by his alias "Tony G") helped develop and operate TheHendonMob.com, which served as a coded, decentralized portal for scheme participants. TheHendonMob.com was sold to Global Poker Index in 2013, founded by Alexandre Dreyfus, who continued the site's role in the scheme.

Once the decentralized cryptocurrency Ponzi scheme was established, the technical model was replicated by scheme participants such as Cameron Winklevoss and Tyler Winklevoss, founders of Gemini Trust Company, along with Mark Cuban and Mark Cuban Companies.

The online question-and-answer platform Quora Inc. was created in 2009 to help legitimize the scheme by providing planted answers in support of the scheme, and its participants.

In September, 2012, the Bitcoin Foundation was created in order to lobby members of the U.S. government to support legislation that benefited the scheme and its participants.

In order to further shape a public narrative in support of the scheme Integrated Whale Media Investments bought a controlling stake in Forbes beginning in 2014.

Money was solicited and internationally laundered in support of the scheme via New York University (NYU) via the NYU President's Global Council, developed by Chair Chandrika Tandon and former NYU President John Sexton.

Money was solicited internationally laundered in support of the scheme via the Bill, Hillary & Chelsea Clinton Foundation, which was created for this purpose by President Bill Clinton and Doug Band in 2001.

Money was internationally laundered in support of the scheme via OrbiMed Advisors, LLC. Beginning in 1998.

Beginning in 2016, Silvergate Bank provided banking services for many cryptocurrency companies that participated in the scheme, including the Silvergate Exchange Network, a platform that allowed for immediate conversion of funds from cryptocurrency to fiat currency. Signature Bank provided similar banking services to scheme participants.

On March 8, 2023, Silvergate Bank announced their liquidation, indicating that they no longer had enough assets available to support the scheme, which was nearing insolvency.

Beginning the following day, Founders' Fund and other venture capitalist participants of the scheme told their investors to pull out of Silicon Valley Bank (SVB) with the successful intention of causing a bank run.

Scheme participants such as Forbes promoted the false narrative that the bank failures were due to issues with regional banking and the United States Federal Reserve in order to position cryptocurrency as a safe asset, leading to more investments and fewer withdrawals from scheme victims.

The intentional bank run was not a sudden plan: In 2020, Founders' Fund partner Napoleon Ta became a board member of payment processor Rippling Inc., which held their assets at Silicon Valley Bank. When the bank failed, Rippling directed its customers to Brex, Inc. as an alternative, which received over $2 billion in deposits in the days following SVB's failure.

Brex, which received substantial funding from Peter Thiel, Ribbit Capital, Durable Capital and Baillie Gifford, served as another liquidity pool for the scheme participants to utilize.

On February 15, 2023, long-time scheme participant Nicola Sturgeon resigned as the First Minister of Scotland in order to prepare for the insolvency of Silvergate Bank and assist her con-conspirators in organizing a bank run.

The trustee of The 1953 Trust developed and oversaw an elaborate blackmail network which grew throughout the 1980s. When the above scheme developed, trustee's elaborate blackmail network helped ensure cooperation from scheme participants.

Individually and collectively, all named defendants have caused material harm to plaintiff, as described in the Injuries section above.

**Injuries**

Injuries to plaintiff include:

- Financial loss due to economic inflation that resulted directly from this scheme
- Damage to personal security via access to private personal information
- Psychological damage as a result of intentional media misinformation, the erosion of civic institutions and willful acts of economic terrorism
- Environmental damage due to fossil fuel emissions created directly in service of this scheme

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS

UNITED STATES POSTAL SERVICE

RDC 07

10007

U.S. POSTAGE PAID
PME 1-Day
SAINT AUGUSTINE, FL
32084
APR 13, 23
AMOUNT
$35.50
R2305M146404-50

# MAILING ENVELOPE

FOR DOMESTIC AND INTERNATIONAL USE

PRIORITY MAIL EXPRESS®

EJ 695 394 531 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

DAVE LINDHOLM
260 ST GEORGE ST, APT 11
ST AUGUSTINE, FL 32084

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PRO SE INTAKE UNIT
500 PEARL ST
NEW YORK, NY

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 0 7 -

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

ORIGIN (POSTAL SERVICE USE ONLY)

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 32084 | 04/14/23 | $ 35.50 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee | COD Fee |
| 04/13/23 | 6pm | $ | $ |
| Time Accepted ☐ AM ☒ PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| 12:30 | $ | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | | |
| | TM | $ 35.50 | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PRESS FIRMLY TO SEAL

EP13C September 2021
OD: 15 x 11.625