UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXWELL CROSBY AZZARELLO,
                Plaintiff,

-v-

BILL, HILLARY & CHELSEA
CLINTON FOUNDATION, *et al*.,
                Defendants.

23-CV-3197 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On May 10, 2023, the Court directed Plaintiff to show cause, by filing a written declaration, why this case should not be dismissed for lack of standing and lack of subject matter jurisdiction. (ECF No. 4.) Plaintiff was warned that if Plaintiff failed to submit a declaration within 30 days, or if the declaration did not show that Plaintiff has standing to sue and that the Court has subject matter jurisdiction of this action, the complaint would be dismissed. (*Id.*)

    Plaintiff has failed to file any communication. Accordingly, in light of Plaintiff's failure to respond to the Court's Order, this case is DISMISSED without prejudice.

    The Clerk is directed to close the case.

    SO ORDERED.

Dated: October 26, 2023
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge